IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES AL-PINE,

    Plaintiff,

vs.

JEFF SESSIONS,

    Defendant.

No. C 18-3678 WHA (PR)

**ORDER OF DISMISSAL**

Plaintiff is an inmate in Texas proceeding pro se. He challenges an order from the United States District Court for the Northern District of Texas denying him leave to proceed in forma pauperis ("IFP") under 28 U.S.C. 1915(g) (providing for denial of IFP where a prisoner has, on three or more occasions, filed complaints or appeals that were frivolous, malicious, or failed to state a claim upon which relief may be granted). He claims that because of that ruling, he must pay the filing fee when he files a complaint in federal court, and argues that this violates his constitutional rights. Plaintiff may not challenge an order from a different district court here; such challenges must be brought in the United States Court of Appeals. It is noted, in any event, that section 1915(g) does not violate prisoners' rights to due process or equal protection, nor does it violate ex post facto or separation of powers principles. *Rodriguez v. Cook*, 169 F.3d 1176, 1180-82 (9th Cir. 1999). Accordingly, this case is **DISMISSED**.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: July  20  , 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE